# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ORTIZ,<br><br>              Petitioner,<br><br>      v.<br><br>UNKNOWN,<br><br>              Respondent. | Case No. CV 11-5772 JAK(JC)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED:   July 27, 2011

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE